EXHIBIT C

```
DOC #  00005886
Bk#  3103 Pg#    189
```

### ASSIGNMENT

Mortgage Electronic Registration Systems, Inc.

holder of mortgage from

Adelino M. Melo and Maria D. Melo

to Mortgage Electronic Registration Systems, Inc.

dated December 15, 2005

recorded with  the Land Evidence Records for the City of East Providence in Book 2593 Page 263
assigns said mortgage and the note and claim

Secured thereby to JPMorgan Chase Bank, National Association, 7255 Baymeadows
Way, Jacksonville, FL 32256

In witness whereof the said Mortgage Electronic Registration Systems, Inc.

Has caused its corporate seal to be hereto affixed and these presents to be signed, in its
name and behalf by

Margaret Dalton                         its
_____
Vice President

Orlans Moran, PLLC                      Mortgage Electronic Registration Systems,
P.O. Box 962169                         Inc.
Boston, MA 02196                        BY:
                                        Margaret Dalton
                                        Vice President

STATE OF Florida
COUNTY OF Duval

                                        Sept. 23 , 2009

On this 23 day of Sept. ,2009, before me, the undersigned notary
public, personally appeared   Margaret Dalton   as   Vice President   , of
Mortgage Electronic Registration Systems, Inc., who I have personal knowledge of identity, to
be the person whose name is signed on the proceeding or attached document, and acknowledged
to me that he/she signed it voluntarily for its stated purpose.

Prop: 251 Woodward Ave
       E Providence

_Mariacusunio_

Official Signature and Seal of Notary
My Commission Expires:

File No. 362.6658

FLORINA C ALLNYIZ
Notary Public - State of Florida
My Comm. Expires Feb 23, 2013
Commission # DD 883781

Bk: 3193 Pg: 198

RECORDED
2009 Oct 02 02:09:12P
EAST PROVIDENCE, R.I.
KIM A. CASCI
CITY CLERK